UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANK OF AMERICA, N.A.,

    Plaintiff-Garnishee,

  v.

JOHN DOES 1 THROUGH 7,

VTB BANK (EUROPE) SE i.L.,

VTB BANK PJSC SHANGHAI BRANCH,

    Defendants-Adverse Claimants

---

Case No. 1:23-cv-03604-PGG

**STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

WHEREAS, on April 28, 2023, Plaintiff-Garnishee Bank of America, N.A. ("BANA") filed its Complaint Alleging Claims in the Nature of Interpleader against Defendants-Adverse Claimants John Does 1 through 7 ("Does") and VTB Bank (Europe) SE i.L. ("VTBE");

WHEREAS, BANA sent a Waiver of Service of Summons to the U.S. counsel for Does and VTBE on May 1 and May 2, respectively. Does and VTBE each waived service of summons. *See* Dkt, 11, 12. As such, the current deadline for Does to file a response is June 30, 2023, and the current deadline for VTBE to file a response is July 3, 2023;

WHEREAS, the parties have agreed to an enlargement of the time to respond to the complaint;

NOW, THEREFORE, BANA, Does, and VTBE, by and through their undersigned attorneys, hereby stipulate as follows:

1. Does' deadline to respond to the Complaint shall be extended to August 1, 2023.

2

  2.  VTBE's deadline to respond to the Complaint shall be extended to August 4, 2023.

Dated: June 28, 2023

| DAVIS POLK & WARDWELL LLP | DO CAMPO & THORNTON, P.A. |
|---|---|
| By: */s/ Craig T. Cagney* <br> Michael S. Flynn <br> Craig T. Cagney <br> 450 Lexington Avenue <br> New York, New York 10017 <br> Telephone: (212) 450-4000 <br> Facsimile: (212) 701-5800 <br> michael.flynn@davispolk.com <br> craig.cagney@davispolk.com <br> Attorneys for Bank of America, N.A. | By: */s/ John Thornton\** <br> Orlando do Campo <br> 150 S.E. 2nd Avenue, Ste. 602 <br> Miami, FL 33131 <br> (305) 358-6600 <br> jt@dandtlaw.com <br> od@dandtlaw.com <br> *\*Admitted Pro Hac Vice* <br> Attorney for John Does 1-7 |

ALSTON & BIRD LLP

By: */s/ Alicia Badley*
Alicia Badley (NY Bar No. 5782958)
Brian D. Frey*
950 F Street NEW
Washington, DC 20004
Telephone: (202) 239-3067
Facsimile: (202) 870-6435
alicia.badley@alston.com
brian.frey@alston.com
*\*Admission Pro Hac Vice Pending*
Attorneys for VTB Bank (Europe) SE i.L.