UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANK OF AMERICA, N.A.,

        Plaintiff-Garnishee,

-against-

JOHN DOES 1 THROUGH 7, VTB BANK (EUROPE) SE i.L., VTB BANK PJSC SHANGHAI BRANCH,

        Defendants-Adverse Claimants.

**ORDER**

23 Civ. 3604 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This matter will be stayed in its entirety pending the resolution of the proceedings in the Western District of North Carolina. The parties will continue to provide joint letters every 30 days regarding the status of the litigation in the Western District of North Carolina.

Dated: New York, New York
        March 15, 2024

SO ORDERED.

_Paul Gardephe_

Paul G. Gardephe
United States District Judge